DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

FREDERIC BLAIR ROBERTS and EVE HODSON,

Appellants,

v.

ROBERT FITZPATRICK,

Appellee.

No. 2D22-2558

_____

September 13, 2023

Appeal from the County Court for Hillsborough County; Gaston Fernandez, Judge.

Bryant H. Dunivan, Jr. of The Consumer Protection Attorney, P.A., Tampa, for Appellants.

Donald A. Harrison of Law Office of Donald A. Harrison, Riverview, for Appellee.


PER CURIAM.

Affirmed.


SILBERMAN, KELLY, and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.